**NEW YORK & PORTO RICO S. S. CO. et al. v. UNITED STATES et al.**

Circuit Court of Appeals, Second Circuit.

July 3, 1940.

See, also, 36 F.Supp. 190.

Burlingham, Veeder, Clark & Hupper, of New York City, for plaintiffs.

Harold M. Kennedy, U. S. Atty., of Brooklyn, N. Y., and William E. Collins, Sp. Asst. to U. S. Atty. and Dist. Counsel of U. S. Maritime Commission, of New York City, for defendants.

Before SWAN, AUGUSTUS N. HAND, and PATTERSON, Circuit Judges.

PER CURIAM.

Although it appears clear that the District Court lacks jurisdiction, we deny the motion because (1) the District Judge has not been made a party and (2) this Court lacks jurisdiction under the doctrine of In re Heilbroner, 2 Cir., 69 F.2d 643.